UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RODRICK JONES, #281804,

       Plaintiff,

                                     CASE NO. 2:14-CV-12765
v.                                       HONORABLE SEAN F. COX

STATE OF MICHIGAN, *et al.*,

       Defendants.
_____/

## OPINION AND ORDER OF DISMISSAL

The Court has before it Plaintiff Rodrick Jones's *pro se* civil rights complaint brought pursuant to 42 U.S.C. § 1983. Plaintiff, an inmate at the Woodland Correctional Facility in Whitmore Lake, Livingston County, Michigan, alleges that he is being forcefully gassed and/or injected with medication. At the time he filed his complaint, Plaintiff did not pay the filing fee or submit a proper application to proceed without prepayment of the filing fee. *See* 28 U.S.C. § 1915(a)(2). Consequently, the Court issued a deficiency order requiring Plaintiff to either pay the filing fee or submit a properly completed *in forma pauperis* application within 30 days – by August 20, 2014. The order provided that if Plaintiff did not do so, his case would be dismissed. Plaintiff has failed to correct the filing fee/application deficiency within the allotted time. Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** his complaint. This case is closed.

      **IT IS SO ORDERED**.

Dated: September 11, 2014                  S/ Sean F. Cox
                                                            Sean F. Cox
                                                             U. S. District Judge

I hereby certify that on September 11, 2014, the foregoing document was served on counsel of record

via electronic means and upon Rodrick Jones via First Class mail at the address below:

Rodrick Jones
281804
Woodland Center Correctional Facility
9036 E M-36
Whitmore Lake, MI 48189

                S/ J. McCoy
                Case Manager